UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-507-BO-RJ

| | |
|---|---|
| CHARLENE NICHOLE DUBLIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| UNC REX HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

This cause comes before the Court on the memorandum and recommendation ("M&R") of Magistrate Judge Robert B. Jones, Jr. [DE 4]. The M&R advised this Court to deny plaintiff's motion to proceed *in forma pauperis*. Because plaintiff failed to object to the M&R, this Court may accept the recommendation if "there is no clear error on the face of the record. . . ." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation and citation omitted). The Court has reviewed M&R and finds no clear error. Accordingly, the Court ADOPTS the M&R in its entirety. Plaintiff's application to proceed *in forma pauperis* [DE 1] is DENIED. Plaintiff must pay the Clerk of Court a filing fee of $402.00 within fourteen (14) days from the date of this order. Upon receipt of plaintiff's payment: (1) the Clerk is DIRECTED to file the complaint and issue the summonses prepared by plaintiff, and (2) the United States Marshal is DIRECTED to serve the summonses and a copy of the complaint on defendant. If plaintiff fails to make the payment as directed, the Clerk is DIRECTED to DISMISS plaintiff's complaint without prejudice and close the case.

SO ORDERED, this 16 day of June, 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE