UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLENE NICHOLE DUBLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| UNC REX HOSPITAL, | ) | 5:22-CV-507-BO-RJ |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 13] is GRANTED. Plaintiff's complaint is hereby DISMISSED.

This case is closed.

**This judgment filed and entered on January 23, 2024, and served on:**
Charlene Nichole Dublin (via US Mail to 3000 Maidenhair Drive, Raleigh NC 27610)
Brent F. Powell (via CM/ECF Notice of Electronic Filing)

January 23, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk